*National Credential Adjusters*
*c/o - Secretary of State*

☐ AO 440 (Rev. 10/93) Summons in a Civil Action

CAB-03-22

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | January 27, 2003 |
| NAME OF SERVER *(PRINT)* John Ventura | TITLE Attorney |

United States District Court
Southern District of Texas
FILED

FEB 03 2003

Michael N. Milby
Clerk of Court

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Certified Mail Return Receipt No: 70020460000064267444

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Feb. 3, 2003                    *[signature]* John Ventura
             Date                            Signature of Server

                                             _____
                                             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nathaniel Checken
   c/o Secretary of State
   P.O. Box 12887
   Austin TX 78711

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

MAIL & MESSENGER
DOCUMENT RECEIVING
JAN 27 2003  TBPC
MAIL & MESSENGER SERVICE

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7002 0460 0000 6426 7444

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

NDER: COMPLETE THIS SECTION

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

ational Creditors
P.O. Box 3003
Hutchinson KS
67504

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Carol Henning
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Carol Henning

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JAN 27 2003

3. Service Type
☒ Certified Mail  ☐ Express Mail
☒ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number (Transfer from service label)
7002 0460 0000 6426 7437

Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540



UNITED STATES POSTAL SERVICE

HUTCHINSON KS 675 PM 27 JAN

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

LAW OFFICE OF JOHN VENTURA, PC
62 E. PRICE RD.
BROWNSVILLE, TX 78521

Maria G. Peña
Service of Petition