*4*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**United States District Court**
**Southern District of Texas**
**FILED**

**FEB 1 8 2003**

**Michael N. Milby**
**Clerk of Court**

MARIA G. PENA, Individually and on      :
behalf of all others similarly situated,      :
     Plaintiff,      :
     :
vs.      :      CIVIL ACTION NO. B-03-022
     :
NATIONAL CREDIT ADJUSTERS      :
     Defendant      :

---

## DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE ANSWER AND RESPONSIVE PLEADINGS

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **NATIONAL CREDIT ADJUSTERS**, Defendant in the above styled case, and files this its Unopposed Motion to Extend Time to File Answer and Responsive Pleadings, and would respectfully show the Court as follows:

I.

### Certificate of Conference

The undersigned has conferred with counsel for Plaintiff, and there is no opposition to this Motion.

II.

Apparently, the deadline for Defendant to file its Answer and any responsive motions to Plaintiff's Original Complaint is February 17, 2003. For cause show, Defendant requests an extension of time to file an Answer and responsive motions. Fed.R.Civ.P. 6(b), 12. Owing to the trial and briefing schedule of Defendant's retained counsel, Defendant needs a two-week extension to investigate what matters it may plead. This extension will not require any modification of the existing Scheduling Order.

III.

Therefore, Defendant prays the Court enlarge the time to file its Answer and any responsive pleadings, motions, etc., to Plaintiff's Original Complaint until March 3, 2003.

WHEREFORE, PREMISES CONSIDERED, Defendant prays its motion be set for hearing and upon hearing same, the Court grant the relief requested, and any such further relief to which it may show itself entitled.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
(956) 428-7495
(956) 428-2954 (Fax)

By_____
[Roger W. Hughes]
State Bar No. 10229500
Federal ID No. 5950
**Scott T. Clark**
State Bar No. 00795896
Federal ID NO. 21676

ATTORNEYS FOR DEFENDANT
NATIONAL CREDIT ADJUSTERS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of above and foregoing instrument was forwarded to the following counsel of record on this the _____ day of February, 2003.

| | |
|---|---|
| Mr. Stephen Gardner | CM/RRR NO. 7002 0510 0004 1778 2383 |
| **LAW OFFICE OF STEPHEN GARDNER, P.C.** | and VIA FAX NO. (214) 871-8957 |
| Woodall Rogers Tower, Suite 1750 | |
| 1845 Woodall Rogers Freeway | |
| Dallas, TX 75201 | |

Mr. John Ventura                                              **VIA REGULAR MAIL**
Mr. Daniel Whitworth
**LAW OFFICES OF JOHN VENTURA, P.C.**
62 East Price Road
Brownsville, TX 78521

_____
Roger W. Hughes