United States District Court
Southern District of Texas
FILED

FEB 2 8 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARIA G. PENA, Individually and on                :
behalf of all others similarly situated,          :
  Plaintiff,                            :
                                                  :
vs.                                               :       CIVIL ACTION NO. B-03-022
                                                  :
NATIONAL CREDIT ADJUSTERS                          :
  Defendant                            :

---

### DEFENDANT'S UNOPPOSED SECOND MOTION TO EXTEND TIME TO FILE ANSWER AND RESPONSIVE PLEADINGS

TO THE HONORABLE JUDGE OF SAID COURT:

  COMES NOW **NATIONAL CREDIT ADJUSTERS**, Defendant in the above styled case, and files this its Unopposed Motion to Extend Time to File Answer and Responsive Pleadings, and would respectfully show the Court as follows:

I.

### Certificate of Conference

  The undersigned has conferred with counsel for Plaintiff, and there is no opposition to this Motion.

II.

  By previous order on an unopposed motion, Defendant's deadline to file responsive pleadings to March 3, 2003. For cause show, Defendant requests a second extension of time to file an Answer and responsive motions until March 17. Fed.R.Civ.P. 6(b), 12.

  As good cause, Defendant would show the court as follows:

a.  The parties are informally consulting each other concerning the disposition of the case and informal discovery;

b.    In order expedite these matters, both sides would like additional time to discuss them before NCA must incur the expense of filing an answer; however, counsel for both sides have Spring Break vacations planned within the next few weeks.

c.    This extension will not require any modification of the existing Scheduling Order.

III.

Therefore, Defendant prays the Court enlarge the time to file its Answer and any responsive pleadings, motions, etc., to Plaintiff's Original Complaint until March 17, 2003.

WHEREFORE, PREMISES CONSIDERED, Defendant prays its motion be set for hearing and upon hearing same, the Court grant the relief requested, and any such further relief to which it may show itself entitled.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
(956) 428-7495
(956) 428-2954 (Fax)

By _____

Roger W. Hughes
State Bar No. 10229500
Federal ID No. 5950
**Scott T. Clark**
State Bar No. 00795896
Federal ID NO. 21676

ATTORNEYS FOR DEFENDANT
NATIONAL CREDIT ADJUSTERS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of above and foregoing instrument was forwarded to the following counsel of record on this the 28th day of February, 2003.

Mr. Stephen Gardner                          <u>CM/RRR NO. 7002 0510 0004 1769 5379</u>
**LAW OFFICE OF STEPHEN GARDNER, P.C.**          <u>& Facsimile: 214/871-8957</u>
Woodall Rogers Tower, Suite 1750
1845 Woodall Rogers Freeway
Dallas, TX 75201

Mr. John Ventura                                  **VIA REGULAR MAIL**
Mr. Daniel Whitworth
**LAW OFFICES OF JOHN VENTURA, P.C.**
62 East Price Road
Brownsville, TX 78521

Roger W. Hughes