IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 28 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARIA G. PENA, Individually and on behalf of all others similarly situated, Plaintiff, | : : : : |
| vs. | : CIVIL ACTION NO. B-03-022 |
| NATIONAL CREDIT ADJUSTERS Defendant | : : : |

**ORDER ON DEFENDANT'S UNOPPOSED SECOND MOTION TO EXTEND TIME TO FILE ANSWER AND RESPONSIVE PLEADINGS**

BE IT REMEMBERED on this 28th day of Feb, 2003, came to be considered Defendant, **NATIONAL CREDIT ADJUSTERS'**, *Unopposed Second Motion to Extend Time to File Answer and Responsive Pleadings*. The Court is of the opinion same should be granted.

IT IS THEREFORE ORDERED that Defendant's deadline to file its Answer, responsive pleadings, motions, etc., to Plaintiff's Original Complaint is extended until March 17, 2003.

Signed this 28th day of Feb, 2003, at Brownsville, Texas.

_____
Judge Presiding

cc:  Mr. Roger W. Hughes and Mr. Scott T. Clark, **ADAMS & GRAHAM, L.L.P.**, P. O. Box 1429, Harlingen, TX 78551-1429
Mr. Stephen Gardner, **LAW OFFICE OF STEPHEN GARDNER, P.C.**, Woodall Rogers Tower, Suite 1750, 1845 Woodall Rogers Freeway, Dallas, TX 75201
Mr. John Ventura and Mr. Daniel Whitworth, **LAW OFFICES OF JOHN VENTURA, P.C.**, 62 East Price Road, Brownsville, TX 78521