

# The State of Texas
## Secretary of State

United States District Court
Southern District of Texas
FILED

MAR 0 3 2003

2003-072971-1

Michael N. Milby
Clerk of Court

CAB-03-22

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons In A Civil Case and Plaintiffs Original Complaints in the cause styled:

Maria G Pena VS National Creditor Adjusters
United States District Court for the Southern District of Texas
B03022

was received by this office on January 27, 2003, and that a copy was forwarded on February 11, 2003 by CERTIFIED MAIL, return receipt requested to:

National Creditor Adjusters
P O Box 3023
Hutchinson, KS 67504

The RETURN RECEIPT was received in this office dated February 14, 2003, bearing the Signature Of Addressee's Agent.

Date issued: February 19, 2003

*Gwyn Shea*
Gwyn Shea
Secretary of State

ST\lsv