IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **Maria G. Pena,** | § | |
| Individually and on behalf of all | § | |
| others similarly situated, | § | Civil Action No. B-03-CV-22 |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | Jury Demanded |
| **National Credit Adjusters** | § | |
| | § | |
| Defendant. | § | |

## UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S RULE 12 MOTION TO DISMISS, ABATE, OR FOR A MORE DEFINITE STATEMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Plaintiff, Maria G. Pena, and files this her Unopposed Motion to Extend Time to Respond to Defendant's Rule 12 Motion to Dismiss, Abate or For a More Definite Statement ("Defendant's Rule 12 Motion"), and would respectfully show the court as follows:

1. Plaintiff filed suit against National Credit Adjusters in this Court on January 22, 2003.

2. The parties are actively engaged in settlement discussions and agree that efforts at resolution should be more fully explored before Plaintiff is required to respond to the pending Defendant's Rule 12 Motion.

3. The parties request this relief from the Court not for delay, but for good cause and in the interest of justice.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully requests that the Court enter an Order GRANTING an extension to Plaintiff until May 15, 2003, in which to file a formal response to the pending Defendant's Motion to Dismiss, Abate or For a More Definite Statement.

DATED: April 10, 2003

RESPECTFULLY SUBMITTED,
LAW OFFICES OF JOHN VENTURA, P.C.

By: /s/ John Ventura

Stephen Gardner
Federal ID No. 16111
Texas Bar No. 07660600
Law Office of Stephen Gardner, PC
6060 North Central Expressway, Ste. 560
Dallas, Texas 75206
Telephone:   214-800-2830
Telecopier:   214-800-2834
Lead Counsel for Plaintiff and the Class

John Ventura
Federal ID No.1646
Texas Bar No. 20545700
Richard A. Mlynek
Federal ID No. 23125
Texas Bar No. 24007689
Law Offices of John Ventura, PC
62 East Price Road
Brownsville, Texas 78521
Telephone:   956-546-9398
Telecopier:   956-542-1478
Counsel for Plaintiff and the Class

## CERTIFICATE OF CONFERENCE

This certificate of conference confirms that Plaintiff's counsel, Stephen Gardner, conferred with counsel for Defendant regarding this Motion, and the Motion is Unopposed.

_[signature]_
John Ventura

## CERTIFICATE OF SERVICE

A copy of the foregoing was sent to all known counsel of record via facsimile and certified U.S. mail, return receipt requested, this the 10th day of April, 2003.

**Via Facsimile (956) 428-2954 and**
**Certified Mail, Return Receipt Requested**

Roger W. Hughes
Adams & Graham
P O Box 1429
Harlingen, TX 78551-1429

_[signature]_
John Ventura

IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Maria G. Pena,** § | | |
| Individually and on behalf of all § | | |
| others similarly situated, § | Civil Action No. 03-CV-22 | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| vs. § | | |
| § | Jury Demanded | |
| **National Credit Adjusters** § | | |
| § | | |
| Defendant. § | | |

## ORDER

The Court has considered the Plaintiff's Unopposed Motion to Extend Time to Respond to Defendant's Rule 12 Motion to Dismiss, Abate or For a More Definite Statement and finds that said Motion has merit. Therefore, it is

ORDERED, ADJUDGED, and DECREED, that Plaintiff 's Motion is GRANTED and Plaintiff Maria G. Pena must file a response to the Defendant's Rule 12 Motion to Dismiss, Abate or For More Definite Statement on or before May 15, 2003.

Signed on this the _____ day of _____, 2003.

_____
UNITED STATES MAGISTRATE JUDGE