IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Maria G. Pena,** | § | |
| Individually and on behalf of all | § | |
| others similarly situated, | § | Civil Action No. 03-CV-22 |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | Jury Demanded |
| **National Credit Adjusters** | § | |
| | § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
ENTERED
APR 1 5 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

The Court has considered the Plaintiff's Unopposed Motion to Extend Time to Respond to Defendant's Rule 12 Motion to Dismiss, Abate or For a More Definite Statement and finds that said Motion has merit. Therefore, it is

ORDERED, ADJUDGED, and DECREED, that Plaintiff's Motion is GRANTED and Plaintiff Maria G. Pena must file a response to the Defendant's Rule 12 Motion to Dismiss, Abate or For More Definite Statement on or before May 15, 2003.

Signed on this the 15th day of April, 2003.

_____
UNITED STATES DISTRICT JUDGE