United States District Court
Southern District of Texas
FILED

MAY 0 7 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Maria G. Pena,** | § | |
| Individually and on behalf of all | § | |
| others similarly situated, | § | Civil Action No. B-03-CV-22 |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | Jury Demanded |
| **National Credit Adjusters** | § | |
| | § | |
| Defendant. | § | |

### UNOPPOSED EMERGENCY MOTION TO RESET CASE MANAGEMENT CONFERENCE AND FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Plaintiff, Maria G. Pena, and files this her Unopposed Emergency Motion to Reset Case Management Conference and for Extension of Time to Respond to Motion to Dismiss, and would respectfully show the court as follows:

1. Plaintiff makes this unopposed motion to reset the Case Management Conference from May 23, 2003, to a date in July or August, and for a second extension of time to respond to defendant's Motion to Dismiss. Defendant does not oppose this motion.

2. The primary reason for this motion is that the parties are in the final stages of settlement discussions and wish to expend their time and energy in an attempt to reach settlement of this case, instead of the time of both parties in drafting a case management report (currently due this Friday, May 9) and plaintiff's time necessary to respond to the motion to dismiss.

3. A secondary reason is that plaintiff's lead counsel, Stephen Gardner, has a conflict with the May 23 date, because his son is participating in a national competition that day in Knoxville and he wishes to attend.

4. For all these reasons, plaintiff prays that the Court reset the Case Management Conference from May 23, 2003, to a date in July or August, and grant a second extension of time to respond to defendant's Motion to Dismiss until 10 days prior to the new Case Management Conference date.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully requests that the Court enter an Order granting an reset of the Case Management Conference and extension of time to Plaintiff until July or August, in which to file a formal response to the pending Defendant's Motion to Dismiss.

DATED: April 10, 2003                    RESPECTFULLY SUBMITTED,

By: /s/ John Ventura

John Ventura
Federal ID No. 1646
Texas Bar No. 20545700
Richard A. Mlynek
Federal ID No. 23125
Texas Bar No. 24007689
Law Offices of John Ventura, PC
62 East Price Road
Brownsville, Texas 78521
Telephone:    956-546-9398
Telecopier:   956-542-1478
Counsel for Plaintiff and the Class

Stephen Gardner
Federal ID No. 16111
Texas Bar No. 07660600
Law Office of Stephen Gardner, PC
6060 North Central Expressway, Ste. 560
Dallas, Texas 75206

        Telephone:   214-800-2830
        Telecopier:  214-800-2834
        Lead Counsel for Plaintiff and the Class

### CERTIFICATE OF CONFERENCE

This certificate of conference confirms that Plaintiff's counsel, Stephen Gardner, conferred with counsel for Defendant regarding this Motion, and the Motion is Unopposed.

*/s/ John Ventura*
John Ventura

### CERTIFICATE OF SERVICE

A copy of the foregoing was sent to all known counsel of record via facsimile and certified U.S. mail, return receipt requested, this May 7, 2003.

**Via Facsimile (956) 428-2954 and
Certified Mail, Return Receipt Requested**

Roger W. Hughes
Adams & Graham
P O Box 1429
Harlingen, TX 78551-1429

*/s/ John Ventura*
John Ventura