IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **Maria G. Pena,** | § | |
| Individually and on behalf of all others similarly situated, | §§ | Civil Action No. 03-CV-22 |
| | § | |
| Plaintiffs, | §§ | |
| vs. | §§ | Jury Demanded |
| **National Credit Adjusters** | §§ | |
| Defendant. | § | |

## ORDER

The Court has considered the Unopposed Emergency Motion to Reset Case Management Conference and for Extension of Time to Respond to Motion to Dismiss, and finds that said Motion has merit. Therefore, it is

ORDERED, ADJUDGED, and DECREED, that Plaintiff's Motion is GRANTED and Plaintiff Maria G. Pena must file a response to the Defendant's Rule 12 Motion to Dismiss on or before _June 13_, 2003. It is further

ORDERED, ADJUDGED and DECREED that the Case Management Conference is hereby scheduled for _August 6_, 2003 at _1:30_; a.m./p.m.

Signed on this the _12th_ day of _May_, 2003.

_____
UNITED STATES ~~MAGISTRATE~~ District JUDGE