IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Maria G. Pena,** Individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Civil Action No. B-03-CV-22 |
| **National Credit Adjusters** | § § | Jury Demanded |
| Defendant. | § § | |

## ORDER TO ABATE

Came on for consideration before this Court the Agreed Joint Motion to Abate filed by the parties and after consideration the Court hereby issues the following; It is therefore

ORDERED that all deadlines are hereby abated until the earlier of September 2, 2003 (at which time the parties shall report to the Court the status of this matter) or an agreed judgment is filed.

Signed this 23rd day of June, 2003.

_____
Honorable Andrew S. Hanen
United States District Judge