United States District Court
Southern District of Texas
FILED

JUL 1 5 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Maria G. Pena,** | § | |
| Individually and on behalf of all | § | |
| others similarly situated, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | Civil Action No. 03-CV-22 |
| | § | |
| **National Credit Adjusters** | § | |
| | § | |
| Defendant. | § | |

### Joint Motion for Entry of Order of Dismissal

To the Honorable District Judge:

Plaintiff Maria G. Pena and Defendant National Credit Adjusters jointly move the Court to enter the attached Agreed Order of Dismissal with Prejudice in this matter and show as follows:

1. This case was filed as both an individual action and as a class action for damages and injunctive relief for Defendant's alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA") and the Texas Debt Collection Practices Act, Texas Finance Code Chapter 392 ("Texas Act").

2. The parties have settled their disputes, as reflected in a Settlement Agreement. The Settlement Agreement resolves the named plaintiff's individual disputes. It also appropriately resolves, in the opinion of plaintiff's counsel, disputes raised on behalf of the class.

**Joint Motion for Entry of Order of Dismissal, page 1**

3. Plaintiff has not moved for class certification and therefore this case has not yet been certified as a class action. Defendant opposes certification and would dispute the allegations in any certification motion.

4. The parties represent to the Court that the Settlement Agreement does not bind any absent member of the class, but nonetheless provides benefits to absent class members in Texas. The Settlement Agreement comprises significant non-monetary relief. In the opinion of Plaintiff, the non-monetary relief is more that Plaintiff would have been able to obtain had the case been certified as a class action.

5. Counsel for plaintiff have not been contacted by any absent class member. To the parties' knowledge, no absent class member has relied on the filing of this action as the basis for postponing any legal action of his or her own.

6. Therefore, entry of final judgment at this time, prior to a court determination on certification and without notice to the class, is appropriate.

## Prayer

THEREFORE, the parties respectfully pray that this Court enter the proposed Agreed Order of Dismissal with Prejudice in this action.

Respectfully submitted,

*Stephen Gardner* by *permission*
Stephen Gardner
Law Office of Stephen Gardner, PC
6060 North Central Expy., Ste. 560
Dallas, Texas 75206
Telephone: (214) 800-2830
Telecopier: (214) 800-2834
Counsel for Plaintiff and the Class

**Joint Motion for Entry of Order of Dismissal, page 2**

John Ventura
State Bar No. 20545700
Conrad Bodden
State Bar No. 00796220
Law Offices of John Ventura, PC
62 East Price Road
Brownsville, Texas 78521
Telephone: (956) 546-9398
Telecopier: (956) 542-1478
By:

_____
John Ventura
Attorneys for Plaintiff

AND

Roger W. Hughes
State Bar No.: 10229500
Fed. ID No.: 5950
ADAMS & GRAHAM, L.L.P
P.O. Drawer 1429
Harlingen, Texas 78551-1429
Telephone: (956)428-7495
Telecopier: (956) 428-2954

By:

_____
Roger W. Hughes
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all counsel of record, in compliance with Rule 5 of the Federal Rules of Civil Procedure, on the 15th of July, 2003.

_____
John Ventura

**Joint Motion for Entry of Order of Dismissal, page 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **Maria G. Pena,**<br>Individually and on behalf of all<br>others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>**National Credit Adjusters**<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§　Civil Action No. 03-CV-22<br>§<br>§<br>§<br>§ |

**Agreed Order of Dismissal with Prejudice**

The Court has considered the parties' request for entry of judgment in this case and has considered the details of the settlement of this case. IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

　　1.　　This Court has jurisdiction over the subject matter of this case and the parties.

　　2.　　The settlement is in all respects fair, reasonable, and adequate and Defendant is hereby directed to perform its terms.

　　3.　　The compromise of this case is approved pursuant to Federal Rule of Civil Procedure 23(e).

All other relief not granted is denied.

Signed July _____, 2003.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United StatesDistrict Judge

**Agreed Order of Dismissal with Prejudice, page 1**