# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## NOTICE OF HEARING

United States District Court
Southern District of Texas
ENTERED

JUL 2 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Maria G. Pena, Individually and on behalf of all others similarly situated | § § § | |
| VS. | § | CIVIL ACTION NO. B-03-022 |
| National Credit Adjusters | § § | |

TYPE OF CASE:        __X__ CIVIL                                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:  **HEARING ON MOTION FOR ENTRY OF ORDER OF DISMISSAL**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                                                ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**         **THIRD FLOOR COURTROOM, #6**
**600 E. HARRISON STREET**                              **BEFORE JUDGE ANDREW S. HANEN**
**BROWNSVILLE, TEXAS**

                             DATE AND TIME: **AUGUST 6, 2003 @ 2:00 P.M.**

TAKE NOTICE that the proceeding in this case will be held before Judge Andrew S. Hanen

Michael N. Milby, Clerk

BY: _____
Irma A. Soto, Deputy Clerk

DATE: July 24, 2002

TO: **ALL COUNSEL OF RECORD**