United States District Court
Southern District of Texas
ENTERED

AUG 1 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Maria G. Pena, Individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Civil Action No. 03-CV-22 |
| National Credit Adjusters | § § | |
| Defendant. | § § | |

### Agreed Order of Dismissal with Prejudice

The Court has considered the parties' request for entry of judgment in this case and has considered the details of the settlement of this case. IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction over the subject matter of this case and the parties.

2. The settlement is in all respects fair, reasonable, and adequate and Defendant is hereby directed to perform its terms.

3. The compromise of this case is approved ~~pursuant to Federal Rule of Civil Procedure 23(e)~~.

All other relief not granted is denied.

Signed ~~July~~ August 6, 2003.

_____
United States District Judge

Agreed Order of Dismissal with Prejudice, page 1